# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ROOSEVELT JACKSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　Defendants. | Case No: C 18-6872 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

　　This Court previously scheduled a telephonic Case Management Conference for April 25, 2019, and ordered the parties to file a <u>Joint</u> Case Management Conference Statement by April 18, 2019. Dkt. 15. According to Defendants, they prepared and forwarded a draft joint statement to Plaintiff but received no response. Dkt. 28 at 1 n.1. As a result, Defendants filed their statement without input from Plaintiff. Plaintiff failed to a statement.

　　Plaintiff has violated the Court's Order to file a joint statement. A court may dismiss an action for failure to comply with a Court Order. <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992). Accordingly,

　　IT IS HEREBY ORDERED THAT:

　　1.　The Case Management Conference previously scheduled for April 25, 2019, is VACATED.

　　2.　Plaintiff shall show cause why the instant action should not be dismissed under Rule 41(b) for failure to comply with a Court Order. Within seven (7) days of the date this Order is filed, Plaintiff shall file a statement explaining why the case should or should not be dismissed. The statement shall discuss the five factors relevant to Rule 41(b) dismissals, as set forth in <u>Ferdik</u>. 963 F.2d at 1260-61. FAILURE TO FULLY COMPLY

WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated: 4/25/19

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge